# Exhibit B

Int. Cls.: 9 and 19

Prior U.S. Cls.: 1, 12, 21, 23, 26, 33, 36, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,000,872
Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



BIRD-B-GONE, INC. (CALIFORNIA CORPORATION)
23918 SKYLINE
MISSION VIEJO, CA 92692

FOR: PEST REPELLENT DEVICES, NAMELY, ELECTRIC AND NON-ELECTRICAL METAL ARCHITECTURAL BARRIERS FOR PREVENTING BIRDS FROM LANDING AND PERCHING , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1998; IN COMMERCE 9-30-1998.

FOR: PEST REPELLENT DEVICES, NAMELY, NETTING AND NON-METAL ARCHITECTURAL BARRIERS FOR PREVENTING BIRDS FROM LANDING AND PERCHING, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 9-30-1998; IN COMMERCE 9-30-1998.

SER. NO. 78-335,711, FILED 12-3-2003.

RICHARD A. STRASER, EXAMINING ATTORNEY