# Exhibit A

BIRD•B•GONE INC.

Professional Bird Control Solutions

Since 1992

# Professional Installer Edition

## Bird Control Products

Proudly Made
by Bird•B•Gone
in the USA!

# 2005 PRODUCT CATALOGUE

### People

BIRD•B•GONE
World Headquarters

### Products

Shock Track

Bird Spike 2001

Bird Spike 2000

Bird Wire

Bird Net 2000

Bird Spider

### Same Day Service

### Support



Bird•B•Gone Professional
Bird Control Solutions!
2005
B•GONE
Headquarters
Shock Track
Bird Spike
2001
Bird Spike
2000
BIRD•B•GONE, INC.
Bird
Wire
Bird Spider
Bird Net 2000

BIRD•B•GONE INC.™

*Professional Bird Control Solutions*

*Since 1992*

# TABLE OF CONTENTS

Made in the USA!

LABOR
SAVER

LOOK FOR THE LABOR SAVER PRODUCTS!

Shock Track

Bird Spider

Bird Spike 2001

Bird Spike 2000

## Spike Systems

**Bird Spike 2001........................2-4**

*Stainless Steel Spike System*

**Bird Spike 2000........................5-7**

*Polycarbonate - Lowest Cost Spike*

**Gutter Spike for Birds..................8**

*Fits on Any Size Gutter*

**Mega Spike 2004.........................8**

*Tallest Stainless Steel Spike Available - for BIG Birds!*

**Girder Spike................................9**

*[illegible]its on any size Girder!*

**Bird Chain...................................9**

*Flexible Stainless Steel Spike*

## Electric Track Systems

**Shock Track 2004.................10-13**

*#1 Selling Shock Product*

**Bird Jolt 2002.......................14-16**

*Super Tough / Architectural Shock System*

## Bird Netting

**Bird Net 2000.......................17-20**

*Strongest Architectural Net at the Lowest Price*

**No-Knot Net 2005......................21**

*Super Strong...Super Light*

## Bird Netting Hardware

**Cable & Fasteners......................22**

**Intermediate Attachments...23-24**

**[illegible]ppers & Tools................... 27-28**

## Bird Wire Systems

**Bird Wire 2000........................29-32**

*Post & Wire System*

**Grid / Gull Wire...........................33**

*Use over Parking Lots, Larger Areas.*

## Misc. Systems

**Bird Spider.............................34-35**

*Ideal for Light Posts, Signs, Boats, and More*

**Transparent Bird Gel....................36**

*Low Cost Solution*

**Mist Nets.....................................36**

*Capture Netting*

**The Repeller................................37**

*Ideal for Signs, Billboards, Etc.*

**Ultra Net......................................38**

*Long Lasting Polypropylene Net*

**Bird Traps...................................39**

*Ideal for Relocating Pest Birds*

## Sound Deterrents

**Bird Chase Ultrasonic..................40**

*Birds Hate It...You Don't Hear It*

**Bird Chase Super Sonic..........41-42**

*Predator & Distress Calls*

**Goose•B•Gone Sonic.............43-44**

*Predator & Goose Distress Calls*

## Visual Deterrents

**Bird Chase Laser..........................45**

*For Airport Runways, Orchards and Areas with Flocking Birds*

**The Scare Crow............................45**

*Water Scare Deterrent*

**The Mini Scare Crow....................46**

*Forced Air Scare Deterrent*

**Scare Eye Balloon.........................46**

*For use on Fruit Trees, Etc.*

**Bird Scare Flash Tape..................46**

*Iridescent Foil Tape*

## Misc. Deterrents

**Disinfectant.................................47**

*Cleaner for all Surfaces*

**Goose / Duck Repellant..............47**

*Taste Deterrent for Ducks & Geese*

**Vinyl Strip Doors.........................48**

*For Use on Dock Doors, Warehouse Entrances, Etc.*

**Bird•B•Gone Fog.........................48**

*Ideal for Parks, Golf Courses, Etc.*

Simply the
BEST!

**For Customer Assistance**
**Call 1-800-392-6915**

**We are The EXPERTS in Bird Control, since 1992!**



#1 Selling Electric Track in USA!

SHOCK TRACK
For Birds!

Patented

| BIRD SPECIES: | All Species of Birds: Sparrows, Starlings, Pigeons, Seagulls and Larger Birds. |
|---|---|
| BIRD PRESSURE: | Light to Heavy. |
| WHERE TO USE: | Ledges, Signs, Rooftops, Curved or Flat Surfaces. |
| MATERIAL: | Flexible PVC Base with Stainless Steel Wires Connected to the Track. U.V. Protected. |

BEFORE

SHOCK TRACK MEANS NO BIRDS!

AFTER

*Actual Pictures from Condo Complex in Tampa Florida!*

## ADVANTAGES / BENEFITS

- **Does Not Harm Birds!**
- **Mild Electric Jolt Changes Birds Habits!**
- **Low Profile - You Can't See It...Birds Hate It!**
- **Easy to Corner...No Need to Cut and Re-Connect!**
- **"Flow-Through" Design WILL NOT "Dam" Water Behind It!**
- **Super Light - 100' Kit Weighs Only 10 Pounds!**
- **100' Kits Contain All Installation Hardware Needed...No Need to Buy Separate Hardware / Components!**

LABOR
SAVER

Bends in Any Direction!

"Flow-Through" Design WILL NOT "Dam" Water!

No Need to Cut for Corners!

Before

Crush
Proof

**The Shock Track System is a unique electrically charged track that gives birds a mild electrical jolt when they land on it. Target birds will leave the affected structure where it is installed. Shock Track is the ULTIMATE in bird behavior modification.**

Installation

*Actual Bank Installation in Cathedral City, California!*

No Birds!
After

**Super Fast / Easy to Install!**

**We are The EXPERTS in Bird Control, since 1992!**

# Over 1,000,000 Satisfied Customer's Since 1992!

**Our Customers Include:** Lincoln Center for the Performing Arts • Disneyland • Seaton Foundation • New York State Dept. of Transportation • University of Southern California • Ft. Stewart-GA • Purdue University • City of Baltimore DPW • Gallo Winery • McDonald's Restaurants • Sea World • City of Austin, TX • Lawrence Livermore National Laboratory • Pacific Gas & Electric • Scott Air Force Base • Hertz Rent-A-Car • School District of Philadelphia • Hewlett Packard • Camp Pendelton Marine Corps. Base • Marriott Hotels • United States Coast Guard • L.A. Unified School District • Naval Reserve Laboratory, Washington D.C. • Costco Stores • Western Michigan University • Sprint PCS • V.A. Medical Center - Long Beach, CA • Trammell Crow • United States Postal Service • Yosemite National Park • Nordstrom Stores • Cedars-Sinai Medical Center • Bay Area Rapid Transit - San Francisco, CA • Kaiser Permanente • University of Georgia • Vandenburg AFB • South Carolina Electric & Gas • Northwest Airlines • Chicago Transit Authority • WM Grace Construction • Lusardi Construction • Roy Anderson Corp. • Fine Line Construction • Wal-Mart • Andrews AFB • Ellis Island Monument • Soldier Field • Yankee Stadium

GSA Approved!

**SEE OUR FULL LINE OF BIRD CONTROL PRODUCTS AND READY TO USE CAD DETAILS www.birdbgone.com**

## Additional Information and Assistance:

We can help! If you need product samples, call us at **1-800-392-6915.**

Bird•B•Gone specifications can also be obtained:

- On Sweet's CD
- On Sweet's web site at **www.sweets.com**
- On Bird•B•Gone's web site at **www.birdbgone.com**
- Via e-mail at **nobirds@birdbgone.com**

## On-Site Assistance:

Bird•B•Gone's technical advisors and team of authorized installers can be available to come to your site to provide you with proposals and assistance.

Please call our office at **1-800-392-6915** or e-mail us at **nobirds@birdbgone.com.**

# Toll FREE Bird•B•Gone HOT LINE 800-392-6915

**BIRD•B•GONE** INC.
Toll Free: **1-800-392-6915**
Ph: (949) 472-3122 FAX: (949) 472-3116
www.birdbgone.com E-mail: nobirds@birdbgone.com

Qualifies as a Woman Owned Business!