# Exhibit B

# BIRD·B·GONE INC
# GUTTER SPIKE 2003

## SUPER FAST/EASY TO INSTALL!
## FITS ANY GUTTER!

**NEW**

### No Need for Separate Clips or Hardware!



- ✓ 2 ft Sections -- Cuts Labor Time in Half!
- ✓ Fast and Easy Removal for Gutter Cleaning When Required!
- ✓ Stainless Steel Spikes - The Thickest, Strongest and Longest Lasting Spikes...Guaranteed!
- ✓ Crush Proof, Ice Proof - Birds Cannot Bend!
- ✓ Virtually Invisible
- ✓ Permanent Deterrent; Humane! Blunt Tips Won't Harm Birds or People!



FITS ANY SIZE GUTTER!

| P/N | Description | Price/Ft. | Price/Box |
|---|---|---|---|
| BGS-50 | Gutter Spike - 50'/Box | $3.25/ft. | $162.50/Box |



**BIRD·B·GONE, INC.**
23918 Skyline • Mission Viejo, CA 92692
Phone: (949) 472-3122 • FAX: (949) 472-3116
nobirds@birdbgone.com • www.birdbgone.com

Call Toll Free **1-800-392-6915**
For More Information!

# READY TO PUT A STOP TO YOUR PEST BIRD PROBLEMS?

- Pest Birds and Their Droppings are Unsightly and can **Create Health Related Problems!**

- Bird Droppings Cause Millions of Dollars in Property Damage Every Year!

- Pest Birds and Their Droppings Can Spread Over **60 Transmittable Diseases to People** and Animals.

- Pest Birds Increase Maintenance Costs and Liability Risks!

*Protect Your Property - Permanently, Humanely and Discreetly With Your Bird•B•Gone Authorized Installer!*





# BIRD SPIKE 2001™ Stainless Steel

**only $2.85 per foot**

## The Ultimate Spike for a new Millennium

IMPORTANT INSTALLATION INFORMATION:



$2.60 per foot 1"
$2.65 per foot 3"
$3.25 per foot 8"
$2.85 per foot 5"



**Underside View**
1/4" Glue Trough/Holes For Easy Adhesive Attachment.
1/4" Screw Holes For Screw/Bolt Attachment.
2"
8"



For areas greater than 5" in width - multiple rows of Spike 2001 may be used to ensure complete coverage. Overlap Spikes 1" between rows.

13" Ledge/Area



2 FEET!
8"



Install Spike 2001 with at least 1/2" overhanging outer edge of ledge, roofline, or surface. Allow no more than 1/2" of space between back spikes and wall, window, etc.

**10 Year Guarantee**

Patent Pending

- Widest coverage of any metal spike available - 8" vs. 4" !
- Patent Pending Design for extra strength and stability.
- U.V. Protected Polycarbonate with Stainless Steel Spikes.
- Won't rust or deteriorate under extreme conditions.
- Guaranteed effective against Pigeons, Seagulls, Starlings and all other pest birds !
- Recommended by All Major Animal Rights Groups.
- Virtually invisible !



**BIRD·B·GONE, Inc.**

7/03

23918 Skyline   Mission Viejo, CA. 92692
(949) 472-3122    Fax (949) 472-3116
email: nobirds@birdbgone.com  •  www.birdbgone.com

Any Questions Regarding Spike 2001 Installation
**Call 1-800-392-6915**

# Bird Spider™ from Bird•B•Gone, INC

**Only $27.00 EA**

Before

After

- Ideal for Signs, Parking Lot Lights, Street Lights, A.C. Units, Rooftops, Boats, Building Maintenance, Etc.
- Stainless Steel "Arms" move with the breeze, which deters birds form landing and causing damage.
- Bird•B•Gone Bird Spider has no moving parts in the base unit, which makes it extra sturdy and stable. **NO ASSEMBLY REQUIRED**!
- Convenient / FREE attachments make Bird Spider Adaptable!
- Available in Two Widths! 4 and 8 Diameters.
- Super Easy to Install...and Maintenance Free!

**5 - Year Guarantee!**

Before

After



For more information,
Call **1-800-392-6915**

 **Bird•B•Gone, INC**
PH: 949-472-3122 • FAX: 949-472-3116
E-mail: nobirds@birdbgone.com
www.birdbgone.com

| | | | |
|---|---|---|---|
| BS400 | 4 Bird Spider | $27.00/ea |
| BS800 | 8 Bird Spider | $37.00/ea |

# INSTALLATION INSTRUCTIONS FOR BIRD•B•GONE BIRD SPIDER

1. Ensure mounting surface is clean of bird feces and debris before installing any bird deterrent, including the Bird Spider.
   - Use Bird-B-Gone "Clean Kill" or appropriate disinfectant to prepare the surface.



Bird Spider Arm "tips" should overhang mounting surface by at least 2".

2. Select the appropriate Bird Spider (4' or 8") depending on the surface of coverage.
   - It is important that the "tips" of the arms extend several inches over the outside surface(s).

4. Bird Spider Arm Tips Should be no more than 2-3" above mounting surface.



3. Stainless Steel arms must have room to move with the air.
   - Do not mount Bird Spider in an area where the arms will be suppressed from movement or blocked by walls.

5. If the Bird Spider requires gluing for the installation, the PVC adapter must be used.
   - **DO NOT GLUE THE BOTTOM OF THE BASE UNIT WITHOUT INSTALLING THE PVC BASE.**
   - Use Bird-B-Gone Adhesives, available direct from Bird-B-Gone

## BOAT ADAPTATION:

### Bird Spider Boat Base:
- Attach the Bird Spider Base directly to the Boat Base with the screws supplied.
  - **Do not mount onto the PVC supplied attachment first.**
- Each of the four "corners" of the Bird Spider Boat Base has holes.
  - This makes it easy to "bungee" or tie down the base to the canopy top, cover, etc. ... and also allows for easy removal of this ideal boat protective device!

### Bird Spider Sandbag Base:
- Use the Sandbag Base on Boats where the Bird Spider Boat Base is not appropriate (i.e. Bimini Tops and larger areas).
- Attach the Bird Spider Base directly to the Sandbag Base with the screws supplied.
  - Do not mount onto the PVC supplied attachment first
- Although the Bird Spider Sandbag Base is weighted, it should always be secured to the boat.
- High winds or extreme shifts in weather could remove the Sand Bag Base and cause damage if it is not properly secured.

6. If installing more than one Bird Spider in a row, be sure that they are installed 6-8" from arm tip-to-arm tip (not base-to-base).



Any Questions Regarding **Bird Spider** Installation:
Call **1-800-392-6915**

**Bird•B•Gone, Inc.**
Ph. 949-472-3122
FAX: 949-472-3116
Email: nobirds@birdbgone.com
www.birdbgone.com



# BIRD·B·GONE™ INC.
## Professional Bird Control Solutions
### Since 1992

**Professional Installer Edition**



Proudly Made by Bird·B·Gone in the USA!

# 2004 PRODUCT CATALOGUE

### People



BIRD·B·GONE World Headquarters

### Products


Shock Track


Bird Spike 2000


Bird Spike 2001


Bird Wire


Bird Net 2000

Bird Spider

### Same Day Service



### Support



## 1-800-392-6915





# BIRD SPIKE 2000

## No Assembly required!

**only $1.95/ft.!**



**BENDS AROUND CURVES!**
- 3/8"
- 24"
- Flexible for Curved Applications

**GREAT INSTALLATION FEATURES!**
- GLUE TROUGH FOR EASY AND NEAT GLUING
- OFFSET PRE DRILLED HOLES FOR SCREW ATTACHMENT
- SNAP OFF NOTCHES-- BREAK OFF FOR SMALLER SECTIONS

**1.** One row of Spike 2000 will cover 7" in width. Install Spike 2000 with at least 1/2" overhanging outer edge of Ledge, Roof-line, Window Sill, etc. Allow no more than 1/2" of space between back spikes and wall, window, etc.



**2.** For areas greater than 7" in width - multiple rows of Spike 2000 may be used to ensure complete coverage. Overlap Spikes 1" between rows.



**5 Year Guarantee**

patent # 5,253,444
Patent # 5,433,029
Patent Pending

**3.** End-A Vertical Center Spike / End-B 2 Angled Middle Spikes

When installing 2 or more lengths of Spikes be sure to match End-A to End-B to prevent small openings where birds could land. Apply End-A to End-B Only!

BIRD-B-GONE ™, Inc.

23918 Skyline  Mission Viejo, CA 92692
(949) 472-3122    Fax (949) 472-3116
email: nobirds@birdbgone.com  •  www.birdbgone.com

Any Questions Regarding Spike 2000 Installation
**Call 1-800-392-6915**



# WE MAKE BIRD CONTROL PROFITABLE!

## CASH BACK COUPONS!



**$50.00 — SPECKOZ BUCKS**
GOOD FOR Purchase of 250 ft. or More of BIRD SPIKE 2001 or BIRD SPIKE 2000
FIFTY DOLLAR CASH REBATE
BIRD SPIKE 2001 STAINLESS STEEL or BIRD SPIKE 2000



**$25.00 — SPECKOZ BUCKS**
GOOD FOR Purchase of 50 ft. or More of BIRD SPIKE 2001 or BIRD SPIKE 2000
TWENTY FIVE DOLLAR CASH REBATE
BIRD SPIKE 2001 STAINLESS STEEL or BIRD SPIKE 2000

## ASK ABOUT FREE SALES AIDS!