# Exhibit C



richjeffpc.tif

17 MB • TIF • 0 Comments
