# Exhibit D

## AUTHORIZED INSTALLER SUPPORT PROGRAM
### BIRD•B•GONE, INC WANTS TO HELP YOU MAKE MORE MONEY !
### SIMPLE & UNCOMPLICATED !

- Free Sales Leads !
- Free Product Display Boxes !
- Free Sales Literature !
- Free Invoice Stuffers !
- Free Direct Mail Cards !

...d our Frequent Buyer Program !