UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS FUGNETTI,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>BIRD-B-GONE, INC.,<br><br>      Defendant-Appellant,<br><br>and<br><br>DOES, 1-10, inclusive,<br><br>      Defendant. | No. 19-56369<br><br>D.C. No. 8:19-cv-00847-AG-DFM<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 2) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT