# Exhibit B

2603 Main Street
2603 Main Street
Suite 1000
Irvine, CA 92614
Phone: 949-943-8300
Fax: 949-943-8358



333 Twin Dolphin Drive
Suite 200
Redwood City, CA 94065
Phone: 650-517-9800
Fax: 650-517-9898

www.FishIPLaw.com

June 17, 2020

*VIA ELECTRONIC MAIL*

Mr. Ryan Carreon, Esq.
HIGBEE & ASSOCIATES

*Re: Fugnetti v. Bird-B-Gone:* **Meet and Confer (Our ref.: 100745.0109)**

Counsel:

This letter is in response to your email on June 16, 2020 and June 15, 2020 where you stated that you do not anticipate providing us with the documents we requested concerning your attempt to substitute a new party for Mr. Fugnetti. On June 15, 2020 we requested that you provide us with the following documents in advance of the meet and confer call related to the following:

- All evidence that serves as the basis for your belief that Mrs. Fugnetti (or other third person) succeeded to the ownership of the lawsuit, specifically any will or trust document which might bear on this issue; and

- All documents relating to Mr. Fugnetti's probate or other estate proceedings.

Judge Carney's Order specifically orders the parties to meet and confer regarding "efforts to identity the proper party for substitution." ECF 56 at 2. We have asked repeatedly, in writing, that you provide the documents necessary for us to evaluate a proposed substitution in advance so the meet and confer call can be meaningful. You have refused and stated that the documents would be provided "in due course." In our view, this is exactly the type of gamesmanship that the Court ordered you to stop.

If you do not provide us with the requested documents by June 22, 2020, the meet and confer will not be meaningful. If you frustrate our ability to examine these key facts, we will have no choice but to bring your actions to the attention of Judge Carney in response to any substitution request you might make.

Sincerely,

FISH IP LAW, LLP
John van Loben Sels, Esq.