Robert Fish (SBN 149711)
rfish@fishiplaw.com
John van Loben Sels (SBN 201354)
jvanlobensels@fishiplaw.com
Jennifer J. Shih (SBN 276225)
jshih@fishiplaw.com
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, California 92614
Telephone:  (949) 943-8300
Facsimile:   (949) 943-8358

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI,<br><br>           Plaintiff,<br>v.<br><br>BIRD B GONE, INC.; and DOES 1-10, inclusive,<br><br>           Defendant | Case No.: 8:19-cv-00847-CJC (DFMx)<br><br>**DECLARATION OF JENNIFER J. SHIH IN SUPPORT OF BBG'S MOTION TO SUBSTITUTE**<br><br>**C**omplaint Filed:   **May 6, 2019**<br><br>Honorable Cormac J. Carney<br>Time: 1:30 p.m.<br>Date: September 21, 2020 |

1. I am an attorney, licensed to practice before all courts in the State of California, with the law firm of Fish IP Law, LLP, and I am counsel of record for Plaintiff Bird-B-Gone, Inc., ("BBG" or "Plaintiff").

2. The matters stated herein are based upon my personal knowledge of the facts of this case, or otherwise based upon my review of the files maintained at Fish IP Law, LLP in the ordinary course of business. If called upon, I could and would competently testify thereto.

3. On June 24, 2020, the parties met and conferred telephonically regarding the submission of a joint status report to the Court and the filing of a motion to substitute. During the meet and confer, Plaintiff's counsel responded to Defendant's reiterated request for documents by stating that he was "in the process of forming a trust which will be substituted in as the new plaintiff."
During the meet and confer call, Plaintiff's counsel described what happened legally following Mr. Fugnetti's death as "the wife inherited everything." When asked how it was that Mrs. Fugentti inherited everything, Plaintiff's counsel stated that it happened "because Mr. Fugentti died". However, Plaintiff's counsel refused to provide a copy of Mr. Fugnetti's will, trust, or other document which would prove Mrs. Fugnetti's inheritance, and he refused to state whether a will had been probated, though Plaintiff's counsel acknowledged that such documents exist. Plaintiff's counsel did not know whether or when Mr. Fugnetti's will was probated.

4. As of the date of this filing, despite multiple requests from BBG's counsel, Plaintiff's counsel has not produced any documents that serves as the basis for counsel's belief that Mrs. Fugnetti or any other third person succeeded to the ownership of the lawsuit.

5. As of the date of this filing, despite multiple requests from BBG's counsel, Plaintiff's counsel has not produced any documents relating to Mr. Fugnetti's probate or other estate proceedings.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Executed on August 24, 2020, at Albany, California.

Dated: August 24, 2020

                         Jennifer J. Shih
                         Attorneys for Defendant, BIRD-B-GONE, INC.