Mathew K. Higbee, Esq. SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
DENNIS FUGNETTI PHOTOGRAPHY TRUST

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, INC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:19-cv-00847-CJC-DFM<br><br>**DECLARATION OF RYAN E. CARREON** |

i
**DECLARATION OF RYAN E. CARREON**

## DECLARATION OF RYAN E. CARREON

I, Ryan E. Carreon, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of California and the Central District of California

2. I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

3. I am the attorney for the Dennis Fugnetti Photography Trust as well as the attorney for the former Plaintiff in this action Dennis Fugnetti.

4. On June 24, 2020, I met and conferred with counsel for Bird B Gone regarding the substitution of a new plaintiff.

5. During to meet and confer I stated that it was my understanding that after he passed, Dennis Fugnetti's widow had inherited everything. I also stated that the family intended to form a trust containing Fugnetti's photography assets and that the newly formed trust would be substituted in as the new Plaintiff.

6. I indicated that the documents would be provided to counsel for Bird B Gone once they were finalized.

7. On the evening of August 26, 2020, I received the executed Declaration of Alana J. Fugnetti submitted herewith, including the accompanying transfer of rights and trust formation documents.

8. The next morning I sent these documents to counsel for Bird B Gone.

9. Attached hereto as Exhibit A is a true and correct copy of my email correspondence with counsel for Bird B Gone.

10. After sending the documents to counsel for Bird B Gone, I requested that we meet and confer pursuant to Local Rule 7-3 prior to filing this Motion to Substitute.

11. In response, counsel for Bird B Gone stated that they believed the meet and confer on June 24, 2020 was sufficient and that "we will not take the position

you failed to confer on the subject of the motion."

12. I therefore consider my Rule 7-3 obligations fulfilled.

13. Attached hereto as Exhibit B is a true and correct copy of my email correspondence with counsel for Bird B Gone

14. On May 26, 2020, Bird B Gone filed a notice of death pursuant to Federal Rules of Civil Procedure 25.

15. On August 3, 2020, I received an email from counsel for Bird B Gone asking if I considered the notice of death to be served on Alana and Katie Fugnetti or whether they should be served pursuant to Rule 4 of the Federal Rules of Civil Procedure.

16. I responded by stating my understanding that because Alana and Katie Fugnetti were non-parties they needed to be served pursuant to Rule 4.

17. In response, counsel for Bird B Gone asked if I would accept service on their behalf.

18. After confirming that I was authorized to accept service, I emailed counsel for Bird B Gone and stated that I would accept service retroactive to the date of the August 3 email.

19. Attached hereto as Exhibit C is a true and correct copy of my email correspondence with counsel for Bird B Gone

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2020, at Tustin, California.

Ryan E. Carreon

# Exhibit "A"



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Jennifer Shih** <jshih@fishiplaw.com>  Mon, Aug 24, 2020 at 5:15 PM
To: Ryan Carreon <rcarreon@higbeeassociates.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Ryan:

Please let us know by tomorrow if you will accept service of the attached motion on behalf of Alana and Katie Fugnetti or if we should serve them via a process server.

Thanks,

Jennifer

**From:** Ryan Carreon <rcarreon@higbeeassociates.com>
**Sent:** Thursday, August 6, 2020 7:00 PM

[Quoted text hidden]

[Quoted text hidden]

**2 attachments**

 **Doc 59-1; Shih Dec ISO Mtn to Substitute.pdf**
50K

 **Doc 59; Mtn to Substitute.pdf**
99K



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Ryan Carreon** <rcarreon@higbeeassociates.com>  Tue, Aug 25, 2020 at 5:16 PM
To: Jennifer Shih <jshih@fishiplaw.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Hi Jennifer,

I will accept service of these documents. As an initial matter, contrary to your declaration, we have not met and conferred about BBG filing this motion. Our most recent meet and confer was regarding the joint status report. At no time prior to the filing of the motion yesterday had BBG indicated that they would move to add Alana or Kate Fugnetti as parties.

As you are aware FRCP 25 requires that the motion to substitute be brought 90 days after service of the notice of death on all parties pursuant to Rule 5 and nonparties pursuant to Rule 4. You will recall, based on our prior email correspondence in this email chain, that service was not effectuated until August 3. That means we are well within the deadline to timely file a motion to substitute.

Due to some issues not relevant to this case, it has taken much longer than anticipated to complete the trust and transfer documents. Nonetheless, it is my understanding that they been executed as of last Friday. The Fugnettis do not own a scanner, but we have arranged for them to be able to scan the completed documents over on Wednesday which I will then forward to you. In addition to the trust and transfer of rights, the documents will also include a redacted version of Dennis Fugnetti's will. I will provide these to you and had anticipated providing them as soon as I had received them so that we could meet and confer in anticipation of me filing a motion to substitute.

Because BBG has filed a motion preemptively, I would propose that we meet and confer some time next week after you have had a chance to review the documents in anticipation of us filing our own motion to substitute. I would also propose that we stipulate to continue the hearing date on BBG's motion so that our motion can be filed and heard on the same day so as to be most efficient for the court.

Please let me know when you are available to confer next week.

Ryan E. Carreon
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8336
Phone: (800) 716-1245   Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

[Quoted text hidden]



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Jennifer Shih** <jshih@fishiplaw.com>  Wed, Aug 26, 2020 at 9:28 AM
To: Ryan Carreon <rcarreon@higbeeassociates.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Ryan:

We will agree to a stipulation to move our September 21, 2020 hearing date to September 28, 2020 provided that you will produce the trust/will documents by the end of today.

Best,

Jennifer

**From:** Ryan Carreon <rcarreon@higbeeassociates.com>
**Sent:** Tuesday, August 25, 2020 5:16 PM

[Quoted text hidden]

[Quoted text hidden]



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Ryan Carreon** <rcarreon@higbeeassociates.com>　　　　　　　　　　　　　　　　Wed, Aug 26, 2020 at 9:30 AM
To: Jennifer Shih <jshih@fishiplaw.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Jennifer,

As soon as my client scans them to me I will send them to you. I anticipate that happening today but if for some reason it does not, I'll send them over to you as soon as I receive them.

Ryan E. Carreon
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates　(http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8336
Phone: (800) 716-1245　Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

[Quoted text hidden]

  Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Ryan Carreon** <rcarreon@higbeeassociates.com>  Thu, Aug 27, 2020 at 10:34 AM
To: Jennifer Shih <jshih@fishiplaw.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Hi Jennifer,

Please see the attached documents.

Ryan E. Carreon
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8336
Phone: (800) 716-1245   Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

[Quoted text hidden]


**20200821 Decl. of AJF and Exhibits 528142.pdf**
4517K

# Exhibit "B"



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Ryan Carreon** <rcarreon@higbeeassociates.com>   Thu, Aug 27, 2020 at 4:19 PM
To: Jennifer Shih <jshih@fishiplaw.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Jennifer,

We have not yet had a chance to meet and confer on my proposed motion to substitute (or BBG's motion for that matter) as I explained in my email on August 25th. Your asking me whether we would agree to add agree to substitute Katie and Alana Fugnetti as counter-defendants is certainly something we should have discussed had BBG complied with the meet and confer rule prior to filing its motion to substitute. As you know, pursuant to LR 7-3, after we meet and confer I must wait seven days to file the motion. Even if we met and conferred today, the soonest I would be able to file the motion would be September 3rd which is too late to have it heard by the 28th. If you are willing to waive the meet and confer requirement, I can have the motion filed in time to be heard on the 28th otherwise we will have to figure something else out.

In response to your question about adding in Katie and Alana Fugnetti, I do not believe they would agree to that. While I think I understand your position on adding Alana (although I disagree that she should be added), I am not sure you have any good faith basis to add Katie as a party seeing as she has never had any interest in any of the subject matter of the litigation. Again, this is something that ought to have been discussed in the meet and confer. In any event, please let me know if you will allow us to file our motion so it can be heard on the 28th.

Ryan

Ryan E. Carreon
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8336
Phone: (800) 716-1245   Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

[Quoted text hidden]



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Jennifer Shih** <jshih@fishiplaw.com>  Thu, Aug 27, 2020 at 4:58 PM
To: Ryan Carreon <rcarreon@higbeeassociates.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Ryan:

The parties met and conferred on June 24, 2020. We believed then that the conference would have been more meaningful had you shared the will and trust documents in advance of the conference, but you refused to do so until today. We expected you to bring your substitution motion on August 24, as you stated in the status report. Obviously, we will not take the position you failed to confer on the subject of the motion; just as we believe your suggestion that we failed to confer is belied by the facts and correspondence of the parties.

Regarding Katie, you can say that the trust document reflects that she will be the trustee if and when the ownership of the copyright is transmitted to the trust. If the trust is substituted as the plaintiff, then it will be Katie who is continuing to prosecute the infringement claim and thereby continue to harm BBG by her actions. As such, she must be liable for the harm she causes.

Please also let us know if you will be providing the 1990 trust.

Best,

Jennifer

**From:** Ryan Carreon <rcarreon@higbeeassociates.com>
**Sent:** Thursday, August 27, 2020 4:19 PM

[Quoted text hidden]

[Quoted text hidden]

# Exhibit "C"



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Jennifer Shih** <jshih@fishiplaw.com>  Mon, Aug 3, 2020 at 4:55 PM
To: Ryan Carreon <rcarreon@higbeeassociates.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Ryan:

Will you deem our notice of suggestion of death filed on May 26, 2020 to be served on Mrs. Fugnetti and Katie Fugnetti or will we need to serve them under FRCP Rule 4?

Thanks,

Jennifer

**From:** Ryan Carreon <rcarreon@higbeeassociates.com>
**Sent:** Friday, June 26, 2020 12:10 PM

[Quoted text hidden]

[Quoted text hidden]



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Ryan Carreon** <rcarreon@higbeeassociates.com>  Tue, Aug 4, 2020 at 2:38 PM
To: Jennifer Shih <jshih@fishiplaw.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Hi Jennifer,

Our understanding is that service via ECF is only valid for parties who have made an appearance. Since neither the wife or daughter were parties or had made an appearance at the time the notice was filed, the ECF service does not count. However, I can speak to them to see if they would consent to me accepting service on their behalf effective as of today. I think they probably will, but I'll still need to confirm. I should have an answer for you in the next couple of days.

Ryan

[Quoted text hidden]



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Jennifer Shih** <jshih@fishiplaw.com>  Thu, Aug 6, 2020 at 4:08 PM
To: Ryan Carreon <rcarreon@higbeeassociates.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Hi Ryan:

Got it, please let us know if you have heard from Katie or Mrs. Fugnetti regarding the consent to service.

Best,

Jennifer

**From:** Ryan Carreon <rcarreon@higbeeassociates.com>
**Sent:** Tuesday, August 4, 2020 2:38 PM

[Quoted text hidden]

[Quoted text hidden]



Ryan Carreon <ryancarreon1@gmail.com>

## Fugnetti v. Bird B Gone

**Ryan Carreon** <rcarreon@higbeeassociates.com>  Thu, Aug 6, 2020 at 7:00 PM
To: Jennifer Shih <jshih@fishiplaw.com>
Cc: John van Loben Sels <jvanlobensels@fishiplaw.com>, Rita Marfatia <rmarfatia@fishiplaw.com>

Hi Jennifer,

We will accept service on their behalf retroactive to the date of your email, August 3, 2020. Let me know if you have any questions.

Ryan E. Carreon
Associate Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (714) 617-8336
Phone: (800) 716-1245   Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

[Quoted text hidden]