Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for
DENNIS FUGNETTI PHOTOGRAPHY TRUST

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, INC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:19-cv-00847-CJC-DFM<br><br>**[PROPOSED] ORDER**<br><br>Judge:         Hon. Cormac J. Carney<br>Courtroom:                         9-B<br>Hearing Date:      Sept. 28, 2020<br>Hearing Time:          1:30 p.m.<br><br>Complaint filed May 6, 2019 |

The Motion to Substitute the Dennis Fugnetti Photography Trust As The Plaintiff came on for regular hearing on September 28, 2020 at 1:30 p.m. in Courtroom 9-B before the Honorable Cormac J. Carney. The Court, having considered all papers filed in support of and in opposition to this Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing,

**IT IS HEARBY ORDERED THAT:**

1. The Motion is hereby **GRANTED,** and the Dennis Fugnetti Photography Trust is hereby substituted into this case as the Plaintiff in place of Dennis Fugnetti;

2. The Clerk of the Court shall amend the caption to reflect the substitution.

DATED: _____      _____
                                                                Honorable Cormac J. Carney
                                                                United States District Judge