# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SACV19-00847 CJC (DFMx) | Date: February 16, 2021 |
| Title Dennis Fugnetti v. Bird B Gone, Inc., et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jonathan Gerber | Christopher Dryden<br>Joshua Herndon |

**Proceedings:** Defendant's Motion to Compel Further Responses to Interrogatories 1 and 2 and Request for Production 21-23, 32-33, 37, 40-41, 47-49 and Request for Sanctions in the Amount of $3,500 [68]

Cause called and counsel make their appearances. Counsel argue motions. Court makes rulings as reflected on the record.

: 35

Initials of Clerk    nb