# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV19-00847 CJC (DFMx) | Date: | June 7, 2021 |
|---|---|---|---|
| Title | Dennis Fugnetti v. Bird B Gone, Inc., et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Ryan Carreon | John Van Loben Sels |

**Proceedings:** Informal Discovery Conference

Cause called and counsel make their appearances. Court and counsel confer regarding discovery issues. Court makes rulings as reflected on the record. Court sets discovery motion hearing for July 27, 2021, at 10:00 am. Motion papers are due July 22, 2021. Opposition papers are due July 26, 2021.

: 11

Initials of Clerk   nb