1  Robert Fish (SBN 149711)
   rfish@fishiplaw.com
2  John van Loben Sels (SBN 201354)
   jvanlobensels@fishiplaw.com
3  FISH IP LAW, LLP
   2603 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone:  (949) 943-8300
5  Facsimile:  (949) 943-8358

6  *Attorneys for Defendant*

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, INC.; and DOES 1-10, inclusive,<br><br>Defendant | Case 8:19-cv-00847-CJC-DFM<br><br>**DISCOVERY MOTION**<br><br>**DECLARATION OF JOHN VAN LOBEN SELS IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORRIES AND REQUESTS FOR ADMISSIONS, AND DEFENDANT'S REQUEST FOR SANCTIONS IN THE AMOUNT OF $4,487.50**<br><br>Judge:   Hon. Douglas F. McCormick<br>Courtroom:   6B, 6th Floor<br>Hearing Date:   July 20, 2021<br>Hearing Time:   10:00 a.m. |
| BIRD B GONE, INC.,<br><br>Cross-Plaintiff<br><br>v.<br><br>ALANA FUGNETTI,<br><br>Cross-Defendant | |

JVLS DEC ISO JOINT MOTION TO COMPEL

1. I am an attorney, licensed to practice before all courts in the State of California, with the law firm of Fish IP Law, LLP, and I am counsel of record for Defendant Bird-B-Gone, Inc., ("BBG" or "Defendant").

2. The matters stated herein are based upon my personal knowledge of the facts of this case, or otherwise based upon my review of the files maintained at Fish IP Law, LLP in the ordinary course of business. If called upon, I could and would competently testify thereto.

3. On May 6, 2021, Defendant timely served on Plaintiff its responses and objections to Plaintiff's Requests for Admission, Set Two. A true and correct copy of Defendant's responses and objections to Plaintiff's Requests for Admission, Set Two is attached hereto as **Exhibit A**.

4. On May 13, 2021, Defendant timely served on Plaintiff Defendant's responses and objections to Plaintiff's Special Interrogatories, Set Two. A true and correct copy of Defendant's responses and objections to Plaintiff's Special Interrogatories, Set Two is attached hereto as **Exhibit B**.

5. On May 24, 2021, Plaintiff sent to Defendant a meet and confer letter regarding Defendant's responses to the interrogatories and Requests for Admission. A true and correct copy of Plaintiff's meet and confer letter dated May 24, 2021, is attached hereto as **Exhibit C**.

6. On May 25, 2021, Defendant served on Plaintiff Defendant's Amended Responses to Plaintiff's Interrogatories, Set Two, a true and correct copy of which is attached hereto as **Exhibit D**.

7. A true and correct copy of Defendant's response to Plaintiff's May 28, 2021 meet and confer letter is attached hereto as **Exhibit E**.

8. On June 4, 2021, counsel for Plaintiff and Defendant met and conferred regarding the substance of Plaintiff's concerns raised in its May 25, 2021 meet and confer letter. During the parties' meet and confer telephone call, counsel

for Plaintiff did not raise and we did not discuss the impact of Mr. Donoho's declaration testimony on Defendant's response to Request for Admission No. 31. We did not discuss that testimony generally, or specifically the testimony excerpted from Paragraph No. 11 of that declaration that Plaintiff quotes in the motion.

9. On June 18, 2021, in an effort to avoid the instant motion and address Plaintiff's concerns raised in the parties' conference prior to the filing of the instant motion, Defendant served on Plaintiff a set of Supplemental Responses to Plaintiff's Special Interrogatories, Set Two. A true and correct copy of Defendant's Supplemental Responses are attached hereto as **Exhibit F**.

10. On June 18, 2021, in an effort to avoid the instant motion and address Plaintiff's concerns raised in the parties' conference prior to the filing of the instant motion, Defendant served on Plaintiff a set of Supplemental Responses to Plaintiff's Requests for Admission, Set Two. A true and correct copy of Defendant's Supplemental Responses are attached hereto as **Exhibit G**.

11. On June 29, 2021, Defendant served on Plaintiff a Supplemental Response to Plaintiff's Request for Admission No. 31, a true and correct copy of which is attached hereto as **Exhibit H**.

12. Defendants expended the following attorney time and fees in reviewing Plaintiff's motion and preparing Defendant's opposition to Plaintiff's motion:

   a. John van Loben Sels: 3.5 hours at $525/hour: $1,837.50;
   b. Soyeun Choi: 1.0 hours at $450/hour: $450; and
   c. Brittany Nobles: 5.5 hours at $400/hour: $2,200.

As a result, Plaintiff incurred a total of $**4,487.50** in attorneys' fees.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

Executed on June 29, 2021, at San Carlos, California.

Dated: June 29, 2021  /s/ *John van Loben Sels*
John van Loben Sels
*Attorneys for Defendant*,
BIRD-B-GONE, INC.