# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV19-00847 CJC (DFMx) | Date: | July 27, 2021 |
|---|---|---|---|
| Title | Dennis Fugnetti v. Bird B Gone, Inc., et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Ryan Carreon | John Van Loben Sels<br>Soyeun Choi |

| Proceedings: | Motion Regarding Deposition Discovery Issues [91] |
|---|---|

Cause called and counsel make their appearances. Counsel argue motion. Court makes rulings as reflected on the record.  Court takes remaining matters under submission and sets an Informal Discovery Conference for July 30, 2021, at 9:30 am.

|  | : | 45 |
|---|---|---|
| Initials of Clerk | nb | |