# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | SACV19-00847 CJC (DFMx) | **Date:** | July 30, 2021 |
| **Title** | Dennis Fugnetti v. Bird B Gone, Inc., et al. | | |

| | |
|---|---|
| **Present: The Honorable** | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Ryan Carreon | John Van Loben Sels<br>Soyeun Choi |

**Proceedings:** Telephonic Discovery Conference

Cause called and counsel make their appearances. Court and counsel confer regarding discovery issues. Court makes ruling as reflected on the record.

: 20

Initials of Clerk  nb