Robert Fish (SBN 149711)
rfish@fishiplaw.com
John van Loben Sels (SBN 201354)
jvanlobensels@fishiplaw.com
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, California 92614
Telephone:  (949) 943-8300
Facsimile:   (949) 943-8358

*Attorneys for Defendant,*
BIRD-B-GONE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>            Plaintiff,<br><br>v.<br><br>BIRD B GONE, INC.; and DOES 1-10, inclusive,<br><br>            Defendant<br><br>BIRD B GONE, INC.,<br><br>            Cross-Plaintiff<br><br>v.<br><br>DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>            Cross-Defendant | Case No.: 8:19-cv-00847-CJC (DFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Cormac J. Carney<br><br>Courtroom:                       9-B Floor<br>Hearing Date:        October 4, 2021<br>Hearing Time:                1:30 P.M. |

---

NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 4, 2021 at 1:30 P.M., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Cormac J. Carney of the above-titled court, located at Re, Defendant Bird-B-Gone, Inc. ("BBG" or "Defendant") will move the Court for summary judgment on Plaintiff The Dennis Fugnetti Photography Trust's (the "Trust").

This Motion is brought under Rule 56 of the Federal Rules of Civil Procedure on the following grounds: (1) Defendant purchased an unlimited, non-exclusive implied license to the subject Pigeon Image that operates to bar Plaintiff's claim; (2) the Trust is barred from the relief it seeks pursuant to 17 U.S.C. § 504(b) under the doctrine of laches; and (3) the Trust lacks standing to sue pursuant to 17 U.S.C. § 201, 411(a), and 501. This Motion is based on this Notice of Motion; the attached Memorandum of Points and Authorities, the declarations of John van Loben Sels; Bruce Donoho and Stephanie Fitzpatrick; the pleadings; files; and other materials that are on file with the Court; and such further oral and/or documentary evidence as may be presented at the time of the noticed hearing.

The parties met and conferred in person concerning the merits of this motion pursuant to Local Rule 7-3 on August 26, 2021.  No agreement could be reached.

                                              Respectfully submitted,

                                              FISH IP LAW, LLP

Dated: September 6, 2021            */s/ John van Loben Sels*
                                              John van Loben Sels
                                              *Attorneys for Defendant*,
                                              BIRD-B-GONE, INC