UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SA CV 19-00847-SK                                             Date: May 24, 2022

Title   Dennis Fugnetti v. Bird B Gone Inc et al


Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER SETTING PRETRIAL CONFERENCE AND JURY TRIAL**

The Court sets the following dates, to be held **IN PERSON** in Courtroom 540 the Roybal Federal Building and U.S Courthouse located at 255 East Temple Street in Los Angeles, California 90012:

- Initial Pretrial Conference – June 29, 2022 at 10:00 AM
- Final Pretrial Conference – August 29, 2022 at 11:00 AM
- Jury Trial (4 days including jury selection) – September 27, 2022 at 8:30 AM

IT IS SO ORDERED.