UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   SA CV 19-00847-SK                                         Date: June 29, 2022

Title   Dennis Fugnetti v. Bird B Gone Inc et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 06/29/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Ryan Carreon | John Van Loben Sels |
|  | Soyeun Choi |
|  | Brittany Nobles |

**Proceedings:**    **INITIAL PRETRIAL CONFERENCE**

Case called. Counsel state their appearances for the record. Court and counsel confer as stated on the record. The Court sets the following dates:

| Matter | Date |
|---|---|
| Meeting of counsel pursuant to L.R. 16-2 (must be in person or video, <u>not</u> telephone or email) | July 20, 2022 |
| Filing of Motions in Limine (in joint stipulation form). No more than 3 per side, absent leave of Court.<br><br>Memorandum of Contentions of Fact and Law pursuant to L.R. 16-4<br><br>Witness List pursuant to L.R. 16-5<br><br>Joint Exhibit List pursuant to L.R. 16-6<br><br>Joint Status Report re settlement | August 17, 2022 |
| Final Pretrial Conference and hearing on MILs | August 29, 2022 at 11:00 AM |

|  | 00:50 |
|---|---|
| **Initials** of Preparer | CC |