Mathew K. Higbee, Esq. SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
DENNIS FUGNETTI PHOTOGRAPHY TRUST

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, LLC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:19-cv-00847-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION EXCLUDE THE EXPERT TESTIMONY OF PETER SCHWECHHEIMER PURSUANT TO FRE 702, 703 AND *DAUBERT*** |

# [PROPOSED] ORDER

Plaintiff's Motion to Exclude the Testimony and Expert Report of Peter Schwechheimer came on regularly for hearing in the above entitled court on August 29, 2022. After oral argument and good cause appearing therefore, the Court orders as follows:

1. The Motion is granted.
2. Peter Schwechheimer shall be excluded from presenting his report or any testimony at trial in this matter.

DATED: August ___, 2022

_____
Hon. Steve Kim
United States Magistrate Judge