John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for*
BIRD B GONE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> BIRD B GONE, LLC; and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 8:19-cv-00847-SK <br><br> **[PROPOSED] SPECIAL VERDICT FORM** |

**[PROPOSED] SPECIAL VERDICT FORM - LIABILITY**

# SPECIAL VERDICT FORM - LIABILITY

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

**Defendant's Claim of Breach of License Agreement**

1. Has Bird B Gone, LLC shown by a preponderance of the evidence that it requested that Dennis Fugnetti create the Flying Pigeon Image?

    YES_____          NO_____

    If you answered "YES" to Question 1, please proceed to Question 2. If you answered "NO" to Question 2, please skip Question 2 and proceed to Question 4.

2. Has Bird B Gone, LLC shown by a preponderance of the evidence that Dennis Fugnetti, individually or through his company MIAD, delivered the Flying Pigeon Image to Bird B Gone, LLC?

    YES_____          NO_____

    If you answered "YES" to Question 2, please proceed to Question 3. If you answered "NO" to Question 2, please skip Question 3 and proceed to Question 4.

3. Has Bird B Gone, LLC shown by a preponderance of the evidence that Dennis Fugnetti intended that Bird B Gone, LLC use the Flying Pigeon Image on Bird B Gone, LLC's retail product packaging and marketing materials at Bird B Gone, LLC's sole discretion?

YES_____                NO_____

If you answered "YES" to Question 3, please proceed to Question 4. If you answered "NO" to Question 3, please skip Questions 4 through 10 and proceed to Question 11.

**Defendant's Claim of Breach of Contract**

4. Has Bird B Gone, LLC shown by a preponderance of the evidence that Dennis Fugnetti and Bird B Gone, LLC, orally and by their conduct, entered into a valid contract to allow Bird B Gone, LLC to use the Flying Pigeon Image on its retail product packaging and marketing materials at Bird B Gone, LLC's sole discretion?

YES_____                NO_____

If you answered "YES" to Question 4 please proceed to Question 5. If you answered "NO" to Question 4 skip the remaining questions and sign and date this form.

5. Has Bird B Gone, LLC shown by a preponderance of the evidence that it paid Fugnetti for his work and did all or substantially all that of the significant things the contract required Bird B Gone, LLC to do?

YES_____                NO_____

If you answered "YES" to Question 5 please proceed to Question 6. If you answered "NO" to Question 5 skip the remaining questions and sign and date this form.

6. Has Bird B Gone, LLC shown by a preponderance of the evidence that Dennis Fugnetti violated Bird B Gone, LLC's rights under the license agreement by suing Bird B Gone, LLC for copyright infringement?

    YES_____          NO_____

If you answered "YES" to Question 6 please proceed to Question 7. If you answered "NO" to Question 6 skip the remaining questions and sign and date this form.

7. Has Bird B Gone, LLC shown by a preponderance of the evidence that it was harmed by Dennis Fugnetti's breach of the license agreement?

    YES_____          NO_____

If you answered "YES" to Question 7 please proceed to Question 8. If you answered "NO" to Question 8 skip the remaining questions and sign and date this form.

8. Has Bird B Gone, LLC shown by a preponderance of the evidence Dennis Fugnetti's breach of contract was a substantial factor in causing Bird-B-Gone LLC's harm?

    YES_____          NO_____

**SIGN AND DATE THE VERDICT:**

**SO SAY WE ALL**, this _____ day of September, 2022.

_____
(Print Jury Foreperson's Name)

_____
(Jury Foreperson's Signature)

**[PROPOSED] SPECIAL VERDICT FORM - LIABILITY**

# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 400 Main Street, Suite 250, Los Altos, CA, 94022 .

On September 9, 2022 I caused to be served the foregoing documents:

### [PROPOSED} SPECIAL VERDICT FORM - LIABILITY

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

Ryan E. Carreon    rcarreon@higbeeassociates.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 9 2022, at San Carlos, California.

*/s/ John van Loben Sels*
John van Loben Sels

5
**[PROPOSED] SPECIAL VERDICT FORM - LIABILITY**