Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for
DENNIS FUGNETTI PHOTOGRAPHY TRUST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:19-cv-00847-SK<br><br>**JOINT STIPULATIONS OF FACT**<br><br>**Trial Date:** Sept. 27, 2022 |

## JOINT STIPULATIONS OF FACT

Plaintiff and Counterclaim Defendant Dennis Fugnetti Photography Trust and Defendant and Counterclaim Plaintiff Bird B Gone, LLC hereby submit the following stipulated facts to be presented at the trial currently set for September 27, 2022:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**JOINT STIPULATIONS OF FACT**

| No. | STIPULATED FACTS |
|---|---|
| 1. | In 1974, Joseph "Mike" Bischetsrieder and Dennis Fugnetti formed a general partnership doing business under the fictious name MIAD Photography ("MIAD"), with each partner holding a 50% interest. |
| 2. | Founded in 1992, Bird-B-Gone is the world's largest manufacturer of professional grade bird deterrents. |
| 3. | Bruce Donoho is the President and founder of BBG. |
| 4. | From 1996 to approximately 2003 Bird-B-Gone retained MIAD for certain marketing projects. |
| 5. | MIAD was retained on a project-by-project basis as an independent contractor and was paid separately for each project completed. |
| 6. | BBG's flagship product is a set of stainless-steel bird spikes, which can be placed on roofs, signage, and other surfaces as a deterrent to prevent birds from landing. |
| 7. | In approximately mid-1999 Dennis Fugnetti met with Bruce Donoho and Stephanie Fitzpatrick of Bird-B-Gone to discuss Bird-B-Gone's need for an action picture of a pigeon flying so that Bird-B-Gone could illustrate in Bird-B-Gone's marketing materials the function of Bird-B-Gone's deterrent devices. |
| 8. | Shortly thereafter, Fugnetti went to the beach and took a series of photographs of birds, one of which was of a pigeon landing ("Flying Bird Image"). |
| 9. | Fugnetti again met with Donoho and Fitzpatrick to show them the photographs, and Donoho and Fitzpatrick indicated that they liked the Flying Bird Image. |
| 10. | Subsequently, Bird-B-Gone retained MIAD for several projects after the creation of the Flying Pigeon Image which used the Flying Pigeon Image and for which Bird-B-Gone paid MIAD separately for that work. |
| 11. | BBG discontinued using MIAD's services in 2003. |

| | | |
|---|---|---|
| 1 2 3 | **12.** | On December 3, 2003, after Bird-B-Gone's relationship with MIAD had ended, Bird-B-Gone applied for, and was granted, trademark protection for the Flying Pigeon Image under Reg. No. 3,000,872. |
| 4 5 | **13.** | Bird-B-Gone never had a conversation with Fugnetti or Bischetsrider about Bird-B-Gone applying for trademark protection over the Flying Pigeon Image. |
| 6 7 | **14.** | In 2014, Bischetsrider decided to retire at which point MIAD was formally dissolved. |
| 8 9 | **15.** | On October 23, 2018, Fugnetti filed an application to register the Flying Pigeon Image with the United States Copyright Office. |
| 10 11 | **16.** | Fugnetti received email confirmation of registration of Vau001349636 from the Copyright Office on April 9, 2019. |
| 12 | **17.** | In January 2020, Fugnetti passed away. |
| 13 14 | **18.** | After Fugnetti's death, the rights to the Flying Pigeon Image were transferred to the Dennis Fugnetti Photography Trust. |
| 15 16 | **19.** | The Dennis Fugnetti Photography Trust stipulates that its lost license fee would be $5,200. |

DATED: September 9, 2022                           Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
*Counsel for Plaintiff*

**/s/ John van Loben Sels**
John van Loben Sels
*Attorneys for Defendant,*
BIRD-B-GONE, INC

**JOINT STIPULATIONS OF FACT**