Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for
DENNIS FUGNETTI PHOTOGRAPHY TRUST

John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for*
BIRD B GONE, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br>v.<br>BIRD B GONE, LLC and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:19-cv-00847-SK<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Trial Date:** Sept. 27, 2022 |

Pursuant to the Court's Order of August 20, 2022 (Dkt. #141), Plaintiff Dennis Fugnetti Photography Trust, and Defendant Bird B Gone, LLC hereby submit their jointly stipulated statement of the case:

**JOINT STATEMENT OF THE CASE**

This is a case arising under the Copyright Act of the United States. The

1

**JOINT STATEMENT OF THE CASE**

plaintiff, Dennis Fugnetti Photography Trust, is a trust formed after the death of photographer Dennis Fugnetti that holds legal title to the copyright registration for an image of a bird landing ("Flying Pigeon Image") which is the subject of this litigation.

The Defendant, Bird-G-Gone, LLC, is the world's leading manufacturer of professional bird control products. Defendant's flagship product is a set of plastic or stainless steel bird spikes, which can be placed on roofs, signage, and other surfaces as a deterrent to prevent birds from landing where the products are placed.

The plaintiff asserts that the defendant infringed the copyright to the Flying Pigeon Image by using the image on retail product packaging without permission. The plaintiff trust has the burden of proving these claims.

The defendant denies those claims and contends that Dennis Fugnetti orally granted Bird B Gone, LLC an implied license to use the Flying Pigeon Image on its product packaging. The defendant has also asserted a counterclaim alleging that the plaintiff breached its oral non-exclusive license agreement by suing the defendant for copyright infringement. The defendant has the burden of proving its counterclaims and affirmative defenses.

The plaintiff denies the defendant's counterclaims and affirmative defenses.

DATED: September 9, 2022                    Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
*Counsel for Plaintiff*

/s/ John van Loben Sels
John van Loben Sels
*Attorneys for Defendant,*
BIRD B GONE, LLC

**PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On September 9, 2022 I caused to be served the foregoing documents:

**JOINT STATEMENT OF THE CASE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

John D Van Loben Sels    jvanlobensels@thoits.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 9, 2022, at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon