John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for*
BIRD B GONE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>           Plaintiff,<br>v.<br>BIRD B GONE, LLC; and DOES 1-10, inclusive,<br><br>           Defendant. | Case No.: 8:19-cv-00847-SK<br><br>**[PROPOSED] SPECIAL VERDICT FORM RE: DEFENDANT'S DAMAGES** |

**[PROPOSED] SPECIAL VERDICT FORM**

# **SPECIAL VERDICT FORM - DAMAGES**

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

**Defendant's Damages**

1. What is the amount of compensatory (actual) damages you award to Bird B Gone, LLC for revising its product packaging and marketing materials due to Dennis Fugnetti's breach of the implied license agreement?

   $_____

2. Was Bird B Gone, LLC damaged by incurring defense costs (including attorneys' fees) as a result of Dennis Fugnetti's breach of the license agreement by filing and prosecution of his copyright infringement claim?

   YES_____          NO_____

   If you answered "Yes" to Question 2, the amount of damages awarded under this Question will be determined by the Court on a showing of proof made by post-trial motion. Please sign and date this form.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**SIGN AND DATE THE VERDICT:**

**SO SAY WE ALL**, this _____ day of September, 2022.

                                                            _____

                                                            (Print Jury Foreperson's Name)

                                                            _____

                                                            (Jury Foreperson's Signature)

## PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 400 Main Street, Suite 250, Los Altos, CA, 94022 .

On September 9, 2022 I caused to be served the foregoing documents:

### [PROPOSED] SPECIAL VERDICT FORM

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

Ryan E. Carreon     rcarreon@higbeeassociates.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 9 2022, at San Carlos, California.

*/s/ John van Loben Sels*
John van Loben Sels