Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for
DENNIS FUGNETTI PHOTOGRAPHY TRUST

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIRD B GONE, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No.: 8:19-cv-00847-SK<br><br>**PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM RE: DEFENDANT'S DAMAGES** |

# SPECIAL VERDICT FORM - DAMAGES

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

**Defendant's Damages**

1. What is the amount of compensatory (actual) damages you award to Bird B Gone, LLC for revising its product packaging due to Dennis Fugnetti's breach of the implied license agreement?

   $_____

2. Was Bird B Gone, LLC damaged by incurring defense costs (including attorneys' fees) as a result of Dennis Fugnetti's breach of the license agreement when Dennis Fugnetti filed and prosecuted his copyright infringement claim?

   YES_____          NO_____

If you answered "Yes" to Question 2, the amount of damages awarded under this Question will be determined by the Court on a showing of proof made by post-trial motion. Please sign and date this form.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**SIGN AND DATE THE VERDICT:**

**SO SAY WE ALL**, this _____ day of _____, 2022.

_____
(Print Jury Foreperson's Name)

_____
(Jury Foreperson's Signature)

# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On September 20, 2022 I caused to be served the foregoing documents:

**PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM RE: DEFENDANT'S DAMAGES**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

John D Van Loben Sels   jvanlobensels@thoits.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 20, 2022 at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon