UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  SA CV 19-00847-SK                                        Date: September 28, 2022

Title  Dennis Fugnetti v. Bird B Gone Inc et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | CS 09/28/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Ryan Carreon | John Van Loben Sels |
| Lester Savit | Brittany Nobles |
|  | Soyeun Choi |

**Proceedings:**     STATUS CONFERENCE RE: TRIAL

    Case called. Counsel state their appearances for the record. Court and counsel confer regarding trial and pretrial documents. A Zoom Final Pretrial Conference is set for **Wednesday, November 2, 2022 at 1:00 PM**. Jury Trial is set for **Monday, November 7, 2022 at 9:00 AM**. Judge Kim's Zoom Webinar information can be found on his page on the court's website: http://www.cacd.uscourts.gov/honorable-steve-kim. The parties should log in no later than 15 minutes prior to the scheduled proceeding, to allow time to check in and test audio/video.

|  | 00:55 |
|---|---|
| **Initials of Preparer** | CC |