# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CV 19-00847-SK |
| Title: | Dennis Fugnetti v. Bird B Gone Inc et al |
| Date | December 13, 2022 |

Present: The Honorable **Steve Kim, U.S. Magistrate Judge**

| Connie Chung | Judy Moore |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Ryan Carreon, Lester Savit | John Van Loben Sels, Brittany Nobles, Soyeun Choi |

_____ Day Court Trial       2nd Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.                       ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.                        ✓ Jury retires to deliberate.     _____ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   _____ defendant(s) is read and filed.
✓ Jury polled.                             _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for                                _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
✓ Motion for Judgment/Directed Verdict by Plaintiff & Defendant is   _____ granted.   ✓ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to December 14, 2022 at 8:30 AM for further trial/further jury deliberation.
✓ Other: Trial is bifurcated. Verdict reached re liability. The parties rest their case re damages.

                                                                    05 : 32
                                         Initials of Deputy Clerk     CC

cc: