# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 19-00847-SK |
| Title: | Dennis Fugnetti v. Bird B Gone Inc et al |
| Date | December 14, 2022 |

Present: The Honorable **Steve Kim, U.S. Magistrate Judge**

| Connie Chung | Judy Moore |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Ryan Carreon, Lester Savit | John Van Loben Sels, Brittany Nobles, Soyeun Choi |

\_\_\_\_ Day Court Trial        **3rd** Day Jury Trial

\_\_\_\_ One day trial:  \_\_\_\_ Begun (1st day);  \_\_\_\_ Held & Continued;  **X** Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and testified.  \_\_\_\_ Exhibits Identified  \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.  \_\_\_\_ Defendant(s) rest.
✓ Closing arguments made by  ✓ plaintiff(s)  ✓ defendant(s).  ✓ Court instructs jury.
✓ Bailiff(s) sworn.  ✓ Jury retires to deliberate.  \_\_\_\_ Jury resumes deliberations.
✓ Jury Verdict in favor of  ✓ plaintiff(s)  \_\_\_\_ defendant(s) is read and filed.
✓ Jury polled.  \_\_\_\_ Polling waived.
✓ Filed Witness & Exhibit Lists  ✓ Filed jury notes.  ✓ Filed jury instructions.
\_\_\_\_ Judgment by Court for  \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.  \_\_\_\_ Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is  \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is  \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is  \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to _____ for further trial/further jury deliberation.
\_\_\_\_ Other:

                                                              02 : 04
                                      Initials of Deputy Clerk      CC

cc: