FILED
CLERK, U.S. DISTRICT COURT

12/13/2022

CENTRAL DISTRICT OF CALIFORNIA
BY:      clee      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  SA CV 19-00847-SK          Date: 12/13/22

Title:  Dennis Fugnetti v. Bird B Gone Inc. et al
Time: 1:56

JURY NOTE NUMBER   3

✕          THE JURY HAS REACHED A UNANIMOUS VERDICT

_____          THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**REDACTED AS TO FOREPERSON'S NAME**

DATE: 12/13/22          SIGNED:

FOREPERSON OF THE JURY