JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dennis Fugnetti | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA CV 19-00847-SK |
| v. | |
| Bird B Gone Inc et al | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable <u>Steve Kim</u>, <u>U.S. Magistrate</u> Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff:

<u>Dennis Fugnetti Photography Trust recover of the defendant Bird B Gone, LLC the sum of $1,175,420.18, and that the action be dismissed on the merits in favor of Plaintiff.</u>

Clerk, U. S. District Court

Dated: <u>December 14, 2022</u>      By <u>Connie Chung</u>
                                        Deputy Clerk

cc: *Counsel of record*