| | |
|---|---|
| Name | John van Loben Sels/SBN 201354 |
| Address | Thoits Law - 400 Main Street, Suite 250 |
| City, State, Zip | Los Altos, CA  94022 |
| Phone | (650) 327-4200 |
| Fax | (650) 325-5572 |
| E-Mail | jvanlobensels@thoits.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Dennis Fugnetti

**PLAINTIFF(S),**

v.

Bird B Gone, LLC

**DEFENDANT(S).**

**CASE NUMBER:**

SA CV 19-00847-SK

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Bird B Gone, LLC_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
    See Attaachment A.

☒ Judgment (specify):
    See Attachment A.

☐ Other (specify):

Imposed or Filed on ____12/14/22____. Entered on the docket in this action on ____12/14/22____.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| 1/12/23 | /s/ John van Loben Sels |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany M. Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for Defendant,*
 BIRD B GONE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:   8:19-cv-00847-SK<br><br>**ATTACHMENT A TO NOTICE OF APPEAL** |

1

**ATTACHMENT A TO NOTICE OF APPEAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Bird B Gone, LLC ("Defendant" or "BBG") hereby appeals from the District Court's following Orders and Judgment:

1. The Order and Judgment on the Verdict (ECF Dkt. 230) in favor of Plaintiff at trial on both verdicts in the bifurcated trial on the issues of liability and damages respectively;

2. The orally issued Order at trial denying Defendant's oral motion for directed verdict after the presentation of evidence in the liability phase of the bifurcated trial by which Defendant sought a directed verdict that that there existed an implied license for BBG to use the Flying Pigeon Image on its product packaging;

3. The orally issued Order at trial denying Defendant's oral motion for directed verdict after the presentation of evidence in the damages phase of the bifurcated trial by which Defendant sought a directed verdict that Plaintiff was not entitled to any of BBG's lost profits because Defendant failed to put on any evidence that a reasonable jury could consider that established the existence any causal connection between the use of the Flying Pigeon Image and BBG's gross revenues; and

4. The Order denying Defendant's motions *in limine* (ECF Dkt. 141), in particular, the denial of Defendant's motion *in limine* seeking exclusion of the Declaration of Dennis Fugnetti at trial.

Respectfully submitted,

Dated: January 13, 2023

**THOITS LAW**

By: _____*s/ John van Loben Sels*_____
John van Loben Sels
Soyeun D. Choi
*Attorneys for Defendant*,
BIRD B GONE, LLC

2
**ATTACHMENT A TO NOTICE OF APPEAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV19-00847-SK                                    Date: August 29, 2022

Title   Dennis Fugnetti v. Bird B Gone Inc et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | CS 08/29/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s)           Attorneys Present for Defendant(s):

Ryan Carreon                                              John Van Loben Sels
Joanna Ardalan                                            Soyeun Choi
                                                          Brittany Nobles
                                                          Robert Fish

**Proceedings:**   **FINAL PRETRIAL CONFERENCE**

Case called. Counsel state their appearances for the record. Court and counsel confer regarding the trial scheduled for September 27, 2022 at 8:30 AM.

Defendant's Request for Approval of Substitution or Withdrawal of Counsel (ECF 136) is granted. The Court will issue a separate order.

The following motions are denied for the reasons stated in court and on the record:

- Motion to Exclude the Expert Testimony of Peter Schwechheimer and Daubert (ECF 118)
- Plaintiff's Motion in Limine #1 to Exclude Evidence and Argument of Bird B Gone's Counterclaim Damages (ECF 119)
- Plaintiff's Motion in Limine #2 to Exclude Evidence and Argument that Fugnetti Must Prove the Infringement Influenced Actual Customer Purchasing Decisions (ECF 120)
- Plaintiff's Motion in Limine #3 to Exclude Evidence and Argument of Miad's Use or Non-Use of a Copyright Notice (ECF 121)
- Defendant's Joint Stipulated Motion in Limine No. 1 to Exclude the Declaration of Dennis Fugnetti (ECF 129)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   SACV19-00847-SK                                              Date: August 29, 2022

Title        Dennis Fugnetti v. Bird B Gone Inc et al

- Defendant's Joint Stipulated Motion in Limine No. 2 to Exclude Documentary and Testimonial Evidence Concerning Terms of License Agreement that is Not Based on Personal Knowledge (ECF 130)
- Defendant's Joint Stipulated Motion in Limine No. 3 to Exclude Any Evidence, Reference to Evidence, Testimony, or Argument Related to Plaintiff's Claims for Damages Connected to Defendant's Revenue or Profits (ECF 131)

The following documents must be filed by close of business, **September 9, 2022**:

- Joint proposed jury instructions
- Separate list of disputed jury instructions
- Joint proposed verdict form
- Joint proposed statement of case (to be given to the jury at the beginning of trial)
- 5 unique voir dire questions from each side
- Proposed final pretrial conference order
- Defendant's memorandum of contentions of fact and law
- Joint stipulation of facts (may file with revised exhibit list or as a separate document)

The Court sets a Zoom Final Pretrial Conference on **September 13, 2022 at 10:00 AM**. Judge Kim's Zoom Webinar information can be found on his page on the court's website: http://www.cacd.uscourts.gov/honorable-steve-kim. The parties should log in no later than 15 minutes prior to the scheduled proceeding, to allow time to check in and test audio/video.

|  | 01:05 |
|---|---|
| **Initials** of Preparer | CC |

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Fugnetti <br><br> PLAINTIFF(S) <br> v. <br> Bird B Gone Inc et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SA CV 19-00847-SK <br><br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable  Steve Kim , U.S. Magistrate Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff:

Dennis Fugnetti Photography Trust recover of the defendant Bird B Gone, LLC the sum of $1,175,420.18, and that the action be dismissed on the merits in favor of Plaintiff.

Clerk, U. S. District Court

Dated: December 14, 2022

By Connie Chung
Deputy Clerk

cc: *Counsel of record*

CV-49 (05/98)        JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)

John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany M. Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for Defendant,*
 BIRD B GONE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> BIRD B GONE, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.:   8:19-cv-00847-SK <br><br> **REPRESENTATION STATEMENT [F.R.A.P. 12(b); CIRCUIT RULE 3-2(b)]** |

## REPRESENTATION STATEMENT

The undersigned represents Defendant/Appellant BIRD B GONE, LLC, in this matter, and no other party.  The following list shows all counsel for the respective parties to the action below, identified by name, firm, address, and telephone number, where appropriate. F.R.A.P. 12(b); Circuit Rule 3-2(b).

/ /

//

1

**REPRESENTATION STATEMENT [F.R.A.P. 12(b); CIRCUIT RULE 3-2(b)]**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFEDANT |
|---|---|
| Matthew K. Higbee<br>Ryan E. Carreon<br>HIGBEE & ASSOCIATES<br>1504 Brookhollow Drive, Suite 112<br>Santa Ana, CA  92705<br>(714) 617-8336<br>(714) 597-6729 Facsimile<br>mhigbee@higbeeassociates.com<br>rcarreon@higbeeassociates.com | John van Loben Sels<br>Soyeun D. Choi<br>THOITS LAW<br>400 Main Street, Suite 250<br>Los Altos, CA  94022<br>(650) 327-4200<br>(650) 325-5572 Facsimile<br>jvanlobensels@thoits.com<br>schoi@thoits.com<br>bnobles@thoits.com |

Lester Savit
ONE, LLP
23 Corporate Plaza Drive,
Suite 150-105
Newport Beach, CA  92660
(949) 502-2870
lsavit@onellp.com

Dated: January 13, 2023

Respectfully submitted,

**THOITS LAW**

By: ___*s/ John van Loben Sels*___
John van Loben Sels
Soyeun D. Choi
*Attorneys for Defendant*,
BIRD B GONE, LLC

2
**REPRESENTATION STATEMENT [F.R.A.P. 12(b); CIRCUIT RULE 3-2(b)]**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA - CENTRAL

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 8:19-cv-00847-SK

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/06/2019

Date of judgment or order you are appealing: 12/14/2022

Docket entry number of judgment or order you are appealing: See Attachment A

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Bird B Gone, LLC

Is this a cross-appeal?   ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**   s/ John van Loben Sels   **Date** 01/13/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Bird B Gone, LLC

Name(s) of counsel (if any):
John van Loben Sels
Soyeun D. Choi

Address: 400 Main Street, Suite 250, Los Altos, CA 94022
Telephone number(s): (650) 327-4200
Email(s): jvanlobensels@thoits.com / schoi@thoits.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Dennis Fugnetti Photography Trust

Name(s) of counsel (if any):
Matthew K. Higbee
Ryan E. Carreon

Address: 1504 Brookhollow Drive, Suite 112, Santa Ana, CA 92705
Telephone number(s): (714) 617-8336
Email(s): mhigbee@higbeeassociates.com / rcarreon@higbeeassociates.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Dennis Fugnetti Photography Trust

Name(s) of counsel (if any):
Lester Savit

Address: 23 Corporate Plaza Drive, Suite 150-105, Newport Beach, CA 92660

Telephone number(s): (949) 502-2870

Email(s): lsavit@onellp.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  2                                  *New 12/01/2018*

John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Soyeun D. Choi (SBN 211344)
schoi@thoits.com
Brittany M. Nobles (SBN 343513)
bnobles@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for Defendant,*
 BIRD B GONE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  8:19-cv-00847-SK<br><br>**ATTACHMENT A TO NOTICE OF APPEAL** |

1

**ATTACHMENT A TO NOTICE OF APPEAL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Bird B Gone, LLC ("Defendant" or "BBG") hereby appeals from the District Court's following Orders and Judgment:

1. The Order and Judgment on the Verdict (ECF Dkt. 230) in favor of Plaintiff at trial on both verdicts in the bifurcated trial on the issues of liability and damages respectively;

2. The orally issued Order at trial denying Defendant's oral motion for directed verdict after the presentation of evidence in the liability phase of the bifurcated trial by which Defendant sought a directed verdict that that there existed an implied license for BBG to use the Flying Pigeon Image on its product packaging;

3. The orally issued Order at trial denying Defendant's oral motion for directed verdict after the presentation of evidence in the damages phase of the bifurcated trial by which Defendant sought a directed verdict that Plaintiff was not entitled to any of BBG's lost profits because Defendant failed to put on any evidence that a reasonable jury could consider that established the existence any causal connection between the use of the Flying Pigeon Image and BBG's gross revenues; and

4. The Order denying Defendant's motions *in limine* (ECF Dkt. 141), in particular, the denial of Defendant's motion *in limine* seeking exclusion of the Declaration of Dennis Fugnetti at trial.

Respectfully submitted,

Dated: January 13, 2023

**THOITS LAW**

By: _s/ John van Loben Sels_
John van Loben Sels
Soyeun D. Choi
*Attorneys for Defendant*,
BIRD B GONE, LLC

2

**ATTACHMENT A TO NOTICE OF APPEAL**