Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
mhigbee@higbee.law
rcarreon@higbee.law

Attorney for
DENNIS FUGNETTI PHOTOGRAPHY TRUST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DENNIS FUGNETTI PHOTOGRAPHY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIRD B GONE, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:19-cv-00847-SK<br><br>**NOTICE OF ACKNOWLEDGEMENT AND SATISFACTION OF JUDGMENT AGAINST BIRD B GONE, LLC** |
|---|---|

**NOTICE OF ACKNNOWLEDGMENT AND SATISFACTION**

On December 14, 2022, the Court entered Judgment On The Verdict for Plaintiff (Dkt. #230), awarding judgment in favor of the Dennis Fugnetti Photography Trust and against Bird B Gone, LLC in the amount of $1,175,420.18.

By reason of the settlement between the parties, it is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of the above-referenced judgment on the docket.

DATED: March 29, 2023,                    Respectfully submitted,

*/s/ Ryan E. Carreon*
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*